The Honorable Judge John H. Chun

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESUS CASTILLO, MARK KNOWLES, ALEX RODRIGUEZ and NICHOLAS JAMES THROLSON, individually, and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 2:23-cv-01548-JHC<br><br>**STIPULATED MOTION AND ORDER OF DEFENDANT'S TIME TO ANSWER**<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 7, 2023** |

## **STIPULATION**

Pursuant to Local Rule 7(j), Plaintiffs Jesus Castillo, Mark Knowles, Alex Rodriguez, and Nicholas James Throlson ("Plaintiffs") and Defendant Costco Wholesale Corporation ("Defendant") hereby respectfully submit this stipulated motion for an extension of time for Defendant to answer, move or otherwise respond to Plaintiffs' Complaint – Class Action ("Complaint") and, in support thereof, state as follows:

1. Plaintiffs filed their Complaint on October 6, 2023;

2. Pursuant to Fed. R. Civ. P. 12 (a)(1)(A)(i), Defendant's current deadline for responding to Plaintiffs' Complaint is November 9, 2023;

STIPULATED MOTION AND ORDER FOR EXTENSION OF DEFENDANT'S TIME TO ANSWER:
CASE NO. 2:23-CV-01548-JHC

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone:  503.243.2300

1   3. Good cause exists to grant the extension because counsel for Defendant was recently retained and needs additional time to review the allegations, investigate the underlying facts, and analyze issues regarding coordination and consolidation of multiple additional, similar, matters pending against Defendant, before preparing Defendant's response;

4. This motion is not filed for the purpose of delay, and no party will be prejudiced by the granting of this motion; and

5. Subject to Court approval, the Parties stipulate and agree that Defendant shall have an extension of time up to and including December 11, 2023 to answer, move or otherwise respond to Plaintiffs' Complaint.

WHEREFORE, the Parties respectfully request that this stipulated motion be granted and that Defendant be granted an extension of time up to and including December 11, 2023 to answer, move or otherwise respond to Plaintiffs' Complaint.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD on this 7th day of November 2023.

| | |
|---|---|
| s/ Kristin M. Asai<br>HOLLAND & KNIGHT LLP<br>Kristin M. Asai, WSBA #49511<br>Kristin.Asai@hklaw.com<br>601 SW Second Avenue, Suite 1800<br>Portland, OR 97204<br>Telephone: 503.243.2300<br><br>Ashley Shively (*pro hac vice forthcoming*)<br>ashley.shively@hklaw.com<br>Holland & Knight LLP<br>560 Mission Street, Suite 1900<br>San Francisco, CA 94105<br>Telephone: 415.743.6900<br><br>*Attorney for Defendant* | s/ Ryan J. Ellersick<br>TOUSLEY BRAIN STEPHENS PLLC<br>Kim D. Stephens, P.S., WSBA #11984<br>Rebecca L. Solomon, WSBA #51520<br>1200 Fifth Avenue, Suite 1700<br>Seattle, WA 98101<br>Telephone: (206) 682-5600<br>kstephens@tousley.com<br>rsolomon@tousley.com<br><br>ZIMMERMAN REED LLP<br>Ryan J. Ellersick, WSBA # 43346<br>Hart L. Robinovitch (*pro hac vice forthcoming*)<br>14648 North Scottsdale Road, Suite 130<br>Scottsdale, AZ 85254<br>Telephone: (480) 348-6400<br>ryan.ellersick@zimmreed.com<br>hart.robinovitch@zimmreed.com<br><br>*Attorney for Plaintiffs* |

STIPULATED MOTION AND ORDER FOR EXTENSION OF DEFENDANT'S TIME TO ANSWER:
CASE NO. 2:23-CV-01548-JHC

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

## ORDER

It is so ORDERED:

Defendant shall have an extension of time up to and including December 11, 2023 to answer, move or otherwise respond to Plaintiffs' Complaint.

Dated this 8th day of November, 2023.

By: _____
Hon. Judge John H. Chun
United States District Judge

Presented by:

*s/ Kristin M. Asai*
Kristin M. Asai, WSBA #49511
Kristin.Asai@hklaw.com
HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800 Portland, OR 97204
Telephone: 503.243.2300

STIPULATED MOTION AND ORDER FOR EXTENSION OF DEFENDANT'S TIME TO ANSWER: CASE NO. 2:23-CV-01548-JHC

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300