UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESUS CASTILLO, MARK KNOWLES, ALEX RODRIGUEZ, NICHOLAS JAMES THROLSON, R.S., KIMBERLY SCOTT, ROBIN WARBEY, DANIEL SMITH, MATT GROVES, VERN DEOCHOA, TYRONE WASHINGTON, individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>Defendant. | NO. 2:23-cv-01548-JHC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL PORTIONS OF CONSOLIDATED CLASS ACTION COMPLAINT** |

Upon Plaintiffs' motion of to file certain portions of their Consolidated Complaint under seal certain (Dkt. # 28), and the Court being otherwise duly advised, it is hereby ORDERED that the motion is GRANTED and the unredacted Consolidated Complaint (Dkt. # 30) shall be filed under seal.

DATED this 29th day of January, 2024.

John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' MOTION TO SEAL- 1
Case No: 2:23-cv-01548-JHC