The Honorable John H. Chun

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JESUS CASTILLO, MARK KNOWLES, ALEX RODRIGUEZ, AND NICHOLAS JAMES THROLSON, individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 2:23-cv-01548-JHC<br><br>**ORDER ON DEFENDANT COSTCO WHOLESALE CORPORATION'S UNOPPOSED MOTION TO WAIVE GEOGRAPHIC REQUIREMENT IN LCR 83.1** |

THIS MATTER has come before the Court on Defendant Costco Wholesale Corporation's Unopposed Motion to Waive Geographic Requirement in LCR 83.1. The Court has reviewed the motion and, deeming that good cause exists, GRANTS the motion. The Court hereby waives the geographic requirement for local counsel in LCR 83.1(d)(2), and orders that Kristin Asai may serve as local counsel in this matter and file *pro hac vice* applications under LCR 83.1(d).

IT IS SO ORDERED.

///

ORDER ON DEFENDANT COSTCO WHOLESALE
CORPORATION'S UNOPPOSED MOTION TO WAIVE
GEOGRAPHIC REQUIREMENT IN LCR 83.1: CASE NO. 2:23-CV-
01548-JHC – PAGE 1

1  Dated this 29th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE
JOHN H. CHUN

26  ORDER ON DEFENDANT COSTCO WHOLESALE CORPORATION'S UNOPPOSED MOTION TO WAIVE GEOGRAPHIC REQUIREMENT IN LCR 83.1: CASE NO. 2:23-CV-01548-JHC – PAGE 2