UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESUS CASTILLO, MARK KNOWLES, ALEX RODRIGUEZ and NICHOLAS JAMES THROLSON, individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 2:23-cv-01548-JHC<br><br>**UNOPPOSED MOTION FOR RELIEF FROM A DEADLINE AND ORDER GRANTING THE UNOPPOSED MOTION FOR RELIEF FROM A DEADLINE** |

Pursuant to Local Rule 7(j), Defendant Costco Wholesale Corporation ("Costco") seeks relief from the deadline to file its Response to Plaintiffs' Consolidated Amended Complaint (Dkt. No. 30). Costco's Response is currently due on February 26, 2024. Costco has been diligently investigating and analyzing the allegations in the Consolidated Amended Complaint. Due to the number of claims, legal issues, and competing deadlines in multiple matters, Costco respectfully requests an additional two weeks to file its Response. This is Costco's first request for relief from a deadline to respond to plaintiffs' Consolidated Amended Complaint and does not affect any other existing deadlines. Counsel for Costco conferred with plaintiffs' counsel,

1  and plaintiffs do not oppose a two-week extension, to March 11, 2024.  The parties have further
2  agreed that plaintiffs will receive a two-week extension to file a response to any responsive
3  motion filed by Costco, to April 15, 2024.

4

5   DATED this 23rd day of February, 2024.

        *s/ Kristin M. Asai*
        HOLLAND & KNIGHT LLP
        Kristin M. Asai, WSBA #49511
        Kristin.Asai@hklaw.com
        601 SW Second Avenue, Suite 1800
        Portland, OR 97204
        Telephone: 503.243.2300

        Ashley Shively (*pro hac vice*)
        Ashley.Shively@hklaw.com
        Rebecca Durham (*pro hac vice*)
        Rebecca.Durham@hklaw.com
        Holland & Knight LLP
        560 Mission Street, Suite 1900
        San Francisco, CA 94105
        Telephone: 415.743.6900

        *Attorneys for Defendant Costco Wholesale Corporation*

UNOPPOSED MOTION FOR RELIEF FROM A DEADLINE AND
ORDER GRANTING THE UNOPPOSED MOTION FOR RELIEF
FROM A DEADLINE: CASE NO. 2:23-CV-01548-JHC

**ORDER**

It is so ORDERED:

Upon consideration of Defendant Costco Wholesale Corporation's ("Costco") Unopposed Motion for Relief from a Deadline, the Court, finding good cause therefor, hereby **GRANTS** Costco's Motion. Costco's response to Plaintiffs' Consolidated Amended Complaint (Dkt. # 30) is now due on March 11, 2024.

Dated this 23rd day of February, 2024.

John H. Chun
United States District Judge