UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESUS CASTILLO et al., <br><br> Plaintiffs, <br> v. <br><br> COSTCO WHOLESALE CORPORATION, <br><br> Defendant. | CASE NO. C23-1548-JHC <br><br> RULE 16(b) SCHEDULING ORDER REGARDING CLASS CERTIFICATION MOTION |

| | |
|---|---|
| Deadline to complete discovery on class certification (not to be construed as a bifurcation of discovery): | April 11, 2025 |
| Deadline for Plaintiffs to file Motion for Class Certification (noted for July 11, 2025): | May 2, 2025 |
| Deadline for Opposition to Motion for Class Certification and *Daubert* motions re expert opinions offered in support of class certification: | June 13, 2025 |

ORDER - 1

| Deadline for Reply to Motion for Class Certification and *Daubert* motions re expert opinions offered in opposition to class certification: | July 11, 2025 |
|---|---|
| The parties to meet and confer and submit proposals for any supplemental discovery, expert discovery on merits, dispositive motions, and trial | 30 days after the Court's ruling on class certification |
| Hearing on Motion to Certify Class: | To be set by the Court after briefing is completed |

This Order is issued at the outset of the case, and a copy is sent by the clerk to counsel for Plaintiffs and any Defendants who have appeared. Plaintiffs' counsel is directed to serve copies of this Order on all parties who appear after this Order is filed. Such service shall be accomplished within ten (10) days after each appearance.

The Court will set further case schedule deadlines pursuant to Federal Rule of Civil Procedure 16(b) after ruling on the motion for class certification. Counsel for Plaintiffs shall inform the Court immediately should Plaintiffs at any time decide not to seek class certification. The dates set in this scheduling order are firm dates that can be changed only by order of the Court, not by agreement of the parties. The Court will alter these dates only upon good cause shown. The failure to complete discovery within the time allowed will not ordinarily constitute good cause.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. In addition, pursuant to Federal Rule of Civil Procedure 16(b)(3)(B)(v), the Court "direct[s] that before moving for an order relating to discovery, the movant must

1 | request a conference with the court" by notifying Ashleigh Drecktrah, Courtroom
2 | Deputy, at Ashleigh_Drecktrah@wawd.uscourts.gov.

Dated this 5th day of February, 2025.

*[signature: John H. Chun]*

JOHN H. CHUN
United States District Judge

ORDER - 3