UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESUS CASTILLO, MARK KNOWLES, ALEX RODRIGUEZ, NICHOLAS JAMES THROLSON, R.S., KIMBERLY SCOTT, ROBIN WARBEY, DANIEL SMITH, MATT GROVES, VERN DEOCHOA, TYRONE WASHINGTON, individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>Defendant. | NO. 2:23-cv-01548-JHC<br><br>**STIPULATION AND ORDER TO STAY CASE SCHEDULE** |

Plaintiffs Jesus Castillo, Mark Knowles, Alex Rodriguez, Nicholas James Throlson, R.S., Kimberly Soctt, Robin Warbey, Daniel Smith, Matt Groves, Vern Deochoa, and Tyrone Washington and Defendant Costco Wholesale Corporation (collectively, the "Parties") request that the Court stay the case to allow the Parties to mediate this case.

Courts have "broad discretion" to stay proceedings. *Xirsi v. United States Dep't of State*, No. 2:23-CV-00699-KKE, 2024 WL 756016, at *1 (W.D. Wash. Feb. 23, 2024) (quoting *Clinton v. Jones*, 520 U.S. 681, 706 (1997)). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of

STIPULATION AND ORDER TO STAY CASE SCHEDULE- 1
Case No: 2:23-cv-01548-JHC

time and effort for itself, for counsel, and for litigants." *Id.* (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention, which would conserve the resources of the Parties and the Court by allowing the Parties to focus on potential settlement discussions. The Parties have commenced discovery and have agreed that if this Stipulation is granted that it shall also mutually stay the Parties' obligations to respond to outstanding discovery requests, but that the Parties shall cooperate in good faith to provide information necessary for a productive mediation and potential resolution. The Parties, therefore, respectfully request that the Court stay the case and vacate all pending case deadlines until the Parties can complete mediation on May 28, 2025. The Parties propose that they provide a joint update to the Court by June 6, 2025.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  February 18, 2025

**TOUSLEY BRAIN STEPHENS PLLC**

By: *s/Kim D. Stephens, P.S.*
Kim D. Stephens, P.S., WSBA #11984
Rebecca L. Solomon, WSBA #51520
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
kstephens@tousley.com
rsolomon@tousley.com

**ZIMMERMAN REED LLP**

By: *s/Hart L. Robinovitch*
Hart L. Robinovitch (*admitted pro hac vice*)
Ryan J. Ellersick, WSBA # 43346
14648 North Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400
hart.robinovitch@zimmreed.com
ryan.ellersick@zimmreed.com
*Interim Co-Lead Counsel*

**MILBERG COLEMAN BRYSON PHILLIPS**

|   |   |
|---|---|
| 1 | **GROSSMAN, PLLC** |
| 2 | Gary M. Klinger (*admitted pro hac vice*)<br>227 W. Monroe Street, Suite 2100 |
| 3 | Chicago, IL 60606<br>Telephone: (866) 252-0878 |
| 4 | gklinger@milberg.com |
| 5 | Glen L. Abramson (*admitted pro hac vice*)<br>Alexandra M. Honeycutt *(admitted pro hac vice)* |
| 6 | 800 S. Gay Street, Suite 1100 |
| 7 | Knoxville, TN 37929<br>Telephone: (866) 252-0878 |
| 8 | gabramson@milberg.com<br>ahoneycutt@milberg.com |
| 9 | **BARRACK RODOS & BACINE** |
| 10 | Stephen R. Basser (*admitted pro hac vice*)<br>sbasser@barrack.com |
| 11 | Samuel M. Ward (*admitted pro hac vice*)<br>sward@barrack.com |
| 12 | 600 West Broadway, Suite 900<br>San Diego, CA 92101 |
| 13 | Telephone: (619) 230-0800 |
| 14 | **LEVI & KORSINSKY, LLP**<br>Mark S. Reich* |
| 15 | Courtney Maccarone*<br>mreich@zlk.com |
| 16 | cmaccarone@zlk.com<br>33 Whitehall Street, 17th Floor |
| 17 | New York, NY 10004<br>Telephone: 212-363-7500 |
| 18 | Fax: 212-363-7171 |
| 19 | *Plaintiff's Steering Committee* |
| 20 | *Attorneys for Plaintiffs and the Putative Class* |
| 21 | DATED: February 18, 2025 |
| 22 | **HOLLAND & KNIGHT** |
| 23 | By: *s/Kristin M. Asai* |
| 24 | Kristin M. Asai, WSBA #49511<br>Kristin.Asai@hklaw.com |
| 25 | 601 SW Second Avenue, Suite 1800<br>Portland, OR 97204 |
| 26 | Telephone: 503.243.2300 |
|   | By: *s/Ashley L. Shively* |

STIPULATION AND ORDER TO STAY CASE SCHEDULE- 3
Case No: 2:23-cv-01548-JHC

Ashley L. Shively
By: *s/Rebecca G. Durham*
Rebecca G. Durham
Ashley.Shively@hklaw.com
Rebecca.Durham@hklaw.com
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: 415.743.6900

*Counsel for Defendant Costco Wholesale Corporation*

# ORDER

The Parties' Stipulated Motion is GRANTED. Accordingly, the Court stays the proceedings and vacates all pending case deadlines. The Parties are directed to provide a status report to the Court no later than June 6, 2025.

IT IS SO ORDERED.

Dated this 18th day of February, 2025

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE