UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESUS CASTILLO, MARK KNOWLES, ALEX RODRIGUEZ, NICHOLAS JAMES THROLSON, R.S., KIMBERLY SCOTT, ROBIN WARBEY, DANIEL SMITH, MATT GROVES, VERN DEOCHOA, TYRONE WASHINGTON, individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>Defendant. | CASE NO. 2:23-cv-01548-JHC<br><br>ORDER |

This matter comes before the Court on the parties' Joint Status Report Following Mediation. Dkt. # 67. The Court GRANTS the parties' request to extend the stay on the proceedings until July 9, 2025, and directs the parties to file a status report no later than July 9, 2025.

//

//

//

ORDER - 1

Dated this 9th day of June, 2025.

John H. Chun
United States District Judge

ORDER - 2