UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESUS CASTILLO, MARK KNOWLES, ALEX RODRIGUEZ, NICHOLAS JAMES THROLSON, R.S., KIMBERLY SCOTT, ROBIN WARBEY, DANIEL SMITH, MATT GROVES, VERN DEOCHOA, TYRONE WASHINGTON, individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>Defendant. | CASE NO. 2:23-cv-01548-JHC<br><br>ORDER |

This matter comes before the Court on the parties' Joint Status Report. Dkt. # 69. The Court GRANTS the parties' apparent request to extend the stay on the proceedings until July 23, 2025, and directs the parties to file a status report no later than July 23, 2025.

//

//

//

//

ORDER - 1

Dated this 10th day of July, 2025.

John H. Chun
United States District Judge

ORDER - 2