UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| JESUS CASTILLO, MARK KNOWLES, ALEX RODRIGUEZ, NICHOLAS JAMES THROLSON, R.S., KIMBERLY SCOTT, ROBIN WARBEY, DANIEL SMITH, MATT GROVES, VERN DEOCHOA, TYRONE WASHINGTON, individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>Defendant. | NO. 2:23-cv-01548-JHC<br><br>**STIPULATED AMENDED SCHEDULING ORDER** |
|---|---|

Pursuant to the Court's September 15, 2025 Order (Dkt. 74), the Parties submit a proposed case scheduling as follows:

| DEADLINE | PROPOSED DATES |
|---|---|
| **DEADLINE** to complete fact discovery on class certification (not to be construed as a bifurcation of discovery). | April 10, 2026 |

STIPULATED AMENDED SCHEDULING ORDER- 1
Case No: 2:23-cv-01548-JHC

| | |
|---|---|
| **DEADLINE** for Plaintiffs to File Motion for Class Certification and any Plaintiff's Expert Reports, re: Class Certification.<br><br>Plaintiffs agree to make their experts disclosed in support of their motion for class certification available for deposition between April 20-24, 2026, unless Defendant requests a later date on which Plaintiffs' expert(s) are available. | April 10, 2026 |
| **DEADLINE** for Defendant to File Opposition to Motion for Class Certification, any Defendant's Expert Reports, re: Class Certification, and any *Daubert* motions re expert opinions offered in support of class certification.<br><br>Defendant agrees to make its experts disclosed in support of their opposition to class certification available for deposition between June 8-12, 2026, unless Plaintiffs request a later date on which Defendant's expert(s) are available. | May 29, 2026 |
| **DEADLINE** for Plaintiffs to file Reply to Motion for Class Certification, any Plaintiff's Rebuttal Expert Reports, re: Class Certification, and any *Daubert* motions re expert opinions offered in opposition of class certification. | June 29, 2026 |
| The parties to meet and confer and submit proposals for any supplemental discovery, expert discovery on merits, deadline to file dispositive motions, and trial. | 30 days after the Court's ruling on class certification |
| Hearing on Motion to Certify Class: | To be set by the Court after briefing is completed |

STIPULATED AMENDED SCHEDULING ORDER- 2
Case No: 2:23-cv-01548-JHC

STIPULATED to this 24th day of September, 2025.

| | |
|---|---|
| **TOUSLEY BRAIN STEPHENS PLLC** | **HOLLAND & KNIGHT LLP** |
| By: *s/Kim D. Stephens, P.S.* <br> Kim D. Stephens, P.S., WSBA #11984 <br> By: *s/Rebecca L. Solomon* <br> Rebecca L. Solomon, WSBA #51520 <br> 1200 Fifth Avenue, Suite 1700 <br> Seattle, Washington 98101 <br> Telephone: (206) 682-5600 <br> Facsimile: (206) 682-2992 <br> kstephens@tousley.com <br> rsolomon@tousley.com | By: *s/Kristin M. Asai* <br> Kristin M. Asai, WSBA #49511 <br> 601 SW Second Avenue, Suite 1800 <br> Portland, Oregon 97204 <br> Telephone: (503) 243-2300 <br> kristin.asai@hklaw.com <br><br> Ashley L. Shively* <br> Rebecca G. Durham* <br> 560 Mission Street, Suite 1900 <br> San Francisco, California 94105 <br> Telephone: (415) 743-6900 <br> ashley.shively@hklaw.com <br> rebecca.durham@hklaw.com |
| **ZIMMERMAN REED LLP** <br><br> By: *s/Hart L. Robinovitch* <br> Hart L. Robinovitch* <br> Ryan J. Ellersick, WSBA #43346 <br> 14648 North Scottsdale Road, Suite 130 <br> Scottsdale, Arizona 85254 <br> Telephone: (480) 348-6400 <br> hart.robinovitch@zimmreed.com <br> ryan.ellersick@zimmreed.com <br><br> *Interim Co-Lead Counsel* | *Counsel for Defendant Costco Wholesale Corporation* <br><br> *Admitted pro hac vice |
| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** <br><br> Gary M. Klinger* <br> Heather Lopez <br> 227 W. Monroe Street, Suite 2100 <br> Chicago, Illinois 60606 <br> Telephone: (866) 252-0878 <br> gklinger@milberg.com <br><br> Alexandra M. Honeycutt* <br> 800 S. Gay Street, Suite 1100 <br> Knoxville, Tennessee 37929 <br> Telephone: (866) 252-0878 <br> gabramson@milberg.com <br> ahoneycutt@milberg.com | |

STIPULATED AMENDED SCHEDULING ORDER- 3
Case No: 2:23-cv-01548-JHC

.

**BARRACK RODOS & BACINE**
Stephen R. Basser*
Samuel M. Ward*
600 West Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 230-0800
sbasser@barrack.com
sward@barrack.com

**LEVI & KORSINSKY, LLP**
Mark S. Reich*
Courtney Maccarone*
33 Whitehall Street, 17th Floor
New York, New York 10004
Telephone: (212) 363-7500
Fax: (212) 363-7171
mreich@zlk.com
cmaccarone@zlk.com

*Plaintiff's Steering Committee*

*Attorneys for Plaintiffs and the Putative Class*

*\*Admitted pro hac vice*

### ORDER

PURSUANT TO THE ABOVE STIPULATION, THE COURT ORDERS that the above case schedule is adopted.

DATED this 25th day of September, 2025.

_____
John H. Chun
United States District Court Judge