UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESUS CASTILLO, MARK KNOWLES, ALEX RODRIGUEZ, NICHOLAS JAMES THROLSON, R.S., KIMBERLY SCOTT, ROBIN WARBEY, DANIEL SMITH, MATT GROVES, VERN DEOCHOA, TYRONE WASHINGTON, individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>Defendant. | NO. 2:23-cv-01548-JHC<br><br>**STIPULATED AMENDED SCHEDULING ORDER**<br><br><u>Noting Date</u>: March 17, 2026 |

Plaintiffs Mark Knowles, Alex Rodriguez, Nicholas James Throlson, Robin Warbey, Daniel Smith, Matt Groves, Vern Deochoa and Tyrone Washington and Defendant Costco Wholesale Corporation (together, the "Parties") hereby request the Court extend the class certification discovery and briefing deadlines set in its Order Granting the Parties Stipulated Amended Scheduling Order (Dkt. 76) to allow the parties sufficient time to complete document production and depositions. The Parties propose the following amendments to the case schedule:

| DEADLINE | CURRENT DEADLINES | PROPOSED DEADLINES |
|---|---|---|
| **DEADLINE** to complete fact discovery on class certification (not to be construed as a bifurcation of discovery). | April 10, 2026 | May 29, 2026 |
| **DEADLINE** for Plaintiffs to File Motion for Class Certification and any Plaintiff's Expert Reports, re: Class Certification. Plaintiffs agree to make their experts disclosed in support of their motion for class certification available for deposition between July 27-31, 2026, unless Defendant requests a later date on which Plaintiffs' expert(s) are available. | April 10, 2026 | July 2, 2026 With experts made available for deposition between July 27-31, 2026 |
| **DEADLINE** for Defendant to File Opposition to Motion for Class Certification, any Defendant's Expert Reports, re: Class Certification, and any *Daubert* motions re expert opinions offered in support of class certification. Defendant agrees to make its experts disclosed in support of their opposition to class certification available for deposition between September 14-18, 2026, unless Plaintiffs request a later date on which Defendant's expert(s) are available. | May 29, 2026 | August 27, 2026 With experts available for deposition September 14-18, 2026 |
| **DEADLINE** for Plaintiffs to file Reply to Motion for Class Certification, any Plaintiff's Rebuttal Expert Reports, re: Class Certification, and any *Daubert* motions re expert opinions offered in opposition of class certification. | June 29, 2026 | October 1, 2026 |
| The parties to meet and confer and submit proposals for any supplemental discovery, expert discovery on merits, deadline to file dispositive motions, and trial. | 30 days after the Court's ruling on class certification | 30 days after the Court's ruling on class certification |

STIPULATED AMENDED SCHEDULING ORDER- 2
Case No: 2:23-cv-01548-JHC

| Hearing on Motion to Certify Class: | To be set by the Court after briefing is completed | To be set by the Court after briefing is completed |
|---|---|---|

Good cause exists to extend these deadlines to allow the Parties sufficient time to complete class certification discovery in advance of the class certification briefing deadlines. Because no other deadlines are set in this matter, an extension will not disrupt any existing case schedules or trial settings.

STIPULATED to this 17th day of March, 2026.

**TOUSLEY BRAIN STEPHENS PLLC**

By: */s/ Kim D. Stephens, P.S.*
Kim D. Stephens, P.S., WSBA #11984
Rebecca L. Solomon, WSBA #51520
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
kstephens@tousley.com
rsolomon@tousley.com

**ZIMMERMAN REED LLP**

By: */s/ Hart L. Robinovitch*
Hart L. Robinovitch*
Ryan J. Ellersick, WSBA #43346
14648 North Scottsdale Road, Suite 130
Scottsdale, Arizona 85254
Telephone: (480) 348-6400
hart.robinovitch@zimmreed.com
ryan.ellersick@zimmreed.com

*Interim Co-Lead Counsel*

**HOLLAND & KNIGHT LLP**

By: */s/ Kristin M. Asai*
Kristin M. Asai, WSBA #49511
601 SW Second Avenue, Suite 1800
Portland, Oregon 97204
Telephone: (503) 243-2300
kristin.asai@hklaw.com

Ashley L. Shively*
Rebecca G. Durham*
560 Mission Street, Suite 1900
San Francisco, California 94105
Telephone: (415) 743-6900
ashley.shively@hklaw.com
rebecca.durham@hklaw.com

*Counsel for Defendant Costco Wholesale Corporation*

*Admitted pro hac vice*

STIPULATED AMENDED SCHEDULING ORDER- 3
Case No: 2:23-cv-01548-JHC

**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**

Gary M. Klinger*
Heather Lopez
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (866) 252-0878
gklinger@milberg.com

Alexandra M. Honeycutt*
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
Telephone: (866) 252-0878
gabramson@milberg.com
ahoneycutt@milberg.com

**BARRACK RODOS & BACINE**
Stephen R. Basser*
Samuel M. Ward*
600 West Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 230-0800
sbasser@barrack.com
sward@barrack.com

**LEVI & KORSINSKY, LLP**
Mark S. Reich*
Courtney Maccarone*
33 Whitehall Street, 17th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
mreich@zlk.com
cmaccarone@zlk.com

*Plaintiff's Steering Committee*

*Attorneys for Plaintiffs and the Putative Class*

*Admitted pro hac vice*

STIPULATED AMENDED SCHEDULING ORDER- 4
Case No: 2:23-cv-01548-JHC

# ORDER

PURSUANT TO THE ABOVE STIPULATION, THE COURT ORDERS that the above case schedule is adopted.

DATED this 18th day of March, 2026.

_____
John H. Chun
United States District Judge

STIPULATED AMENDED SCHEDULING ORDER- 5
Case No: 2:23-cv-01548-JHC