UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JESUS CASTILLO, MARK KNOWLES, ALEX RODRIGUEZ, NICHOLAS JAMES THROLSON, R.S., KIMBERLY SCOTT, ROBIN WARBEY, DANIEL SMITH, MATT GROVES, VERN DEOCHOA, TYRONE WASHINGTON, individually, and on behalf of those similarly situated,

Plaintiffs,

v.

COSTCO WHOLESALE CORPORATION, a Washington corporation,

Defendant.

NO. 2:23-cv-01548-JHC

**STIPULATED MOTION AND ORDER REGARDING SEALING OF CLASS CERTIFICATION BRIEFING**

NOTING DATE: July 1, 2026

The parties have met and conferred with respect to the upcoming briefing on class certification, and anticipate that their briefs, declarations, exhibits, and expert reports will quote from and/or describe in detail a significant amount of information that has been designated as Confidential or Highly Confidential-Attorneys' Eyes Only by either a party or nonparty. Accordingly, in order to ensure that such materials are treated appropriately under the applicable protective order, and to reduce burdens on the Court, the parties, nonparties, pursuant to LCR 7(d) and 10(g), the parties and their respective counsel hereby stipulate and

STIPULATED MOTION AND ORDER REGARDING SEALING OF
CLASS CERTIFICATION BRIEFING- 1
Case No: 2:23-cv-01548-JHC

agree to the following procedure for filing and sealing in connection with the class certification briefing, subject to the Court's approval.

1.      Pursuant to LCR 5(g)(2), each party will provisionally file under seal its class certification briefs (including any opening, response, and reply briefs), expert declarations or reports, exhibits, and all other evidence and declarations on which that Party relies (collectively, "Class Certification Papers") which contain material designated Confidential or Highly Confidential-Attorneys' Eyes Only by any party or nonparty.

2.      Within four weeks of plaintiffs' reply brief, which is due October 1, 2026, pursuant to LCR 5(g), the parties, and any necessary nonparty, will meet and confer and, as appropriate, file (1) public versions of their Class Certification Papers, with necessary redactions, and (2) corresponding motion(s) to seal pursuant to LCR 5(g)(3). The deadline for filing any such public versions of the parties' Class Certification Papers and corresponding motion(s) to seal shall be October 29, 2026.

3.      The party or nonparty seeking to maintain material under seal (or under redaction) shall be the movant for purposes of any such motion(s) to seal associated with the parties' class certification briefing.

STIPULATED to this 1st day of July, 2026.

**TOUSLEY BRAIN STEPHENS PLLC**

By: *s/Rebecca L. Solomon*
Kim D. Stephens, P.S., WSBA #11984
Rebecca L. Solomon, WSBA #51520
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
kstephens@tousley.com
rsolomon@tousley.com

**HOLLAND & KNIGHT LLP**

By: *s/Kristin M. Asai*
Kristin M. Asai, WSBA #49511
601 SW Second Avenue, Suite 1800
Portland, Oregon 97204
Telephone: (503) 243-2300
kristin.asai@hklaw.com

Ashley L. Shively*
Rebecca G. Durham*
560 Mission Street, Suite 1900
San Francisco, California 94105

STIPULATED MOTION AND ORDER REGARDING SEALING OF
CLASS CERTIFICATION BRIEFING- 2
Case No: 2:23-cv-01548-JHC

Hart L. Robinovitch*
Ryan J. Ellersick, WSBA #43346
ZIMMERMAN REED LLP
14648 North Scottsdale Road, Suite 130
Scottsdale, Arizona 85254
Telephone: (480) 348-6400
hart.robinovitch@zimmreed.com
ryan.ellersick@zimmreed.com

*Interim Co-Lead Counsel*

Gary M. Klinger*
Heather Lopez
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (866) 252-0878
gklinger@milberg.com

Alexandra M. Honeycutt*
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
Telephone: (866) 252-0878
gabramson@milberg.com
ahoneycutt@milberg.com

Stephen R. Basser*
Samuel M. Ward*
BARRACK RODOS & BACINE
600 West Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 230-0800
sbasser@barrack.com
sward@barrack.com

Mark S. Reich*
Courtney Maccarone*
LEVI & KORSINSKY, LLP

33 Whitehall Street, 17th Floor
New York, New York 10004
Telephone: (212) 363-7500
Fax: (212) 363-7171

Telephone: (415) 743-6900
ashley.shively@hklaw.com
rebecca.durham@hklaw.com

*Counsel for Defendant Costco Wholesale Corporation*

*Admitted pro hac vice*

mreich@zlk.com
cmaccarone@zlk.com

*Plaintiff's Steering Committee*

*Attorneys for Plaintiffs and the Putative Class*

*\*Admitted pro hac vice*

## ORDER

PURSUANT TO THE ABOVE STIPULATION, THE COURT ORDERS that the above October 29, 2026 deadline is adopted.

DATED this 1st day of July, 2026.

_____
John H. Chun
United States District Judge

STIPULATED MOTION AND ORDER REGARDING SEALING OF
CLASS CERTIFICATION BRIEFING- 4
Case No: 2:23-cv-01548-JHC