UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JESUS CASTILLO, MARK KNOWLES, ALEX RODRIGUEZ, NICHOLAS JAMES THROLSON, R.S., KIMBERLY SCOTT, ROBIN WARBEY, DANIEL SMITH, MATT GROVES, VERN DEOCHOA, TYRONE WASHINGTON, individually, and on behalf of those similarly situated,

Plaintiffs,

v.

COSTCO WHOLESALE CORPORATION, a Washington corporation,

Defendant.

NO. 2:23-cv-01548-JHC

**STIPULATED MOTION AND ORDER EXTENDING DEADLINES RELATING TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

NOTE ON MOTION CALENDAR:
August 13, 2026

Plaintiffs Mark Knowles, Alex Rodriguez, Nicholas James Throlson, Robin Warbey, Daniel Smith, Matt Groves, Vern Deochoa and Tyrone Washington ("Plaintiffs") and Defendant Costco Wholesale Corporation ("Costco," and together with Plaintiffs, the "Parties") hereby request the Court extend the briefing schedule on Costco's Opposition to and Plaintiffs' Reply in support of Plaintiffs' Motion for Class Certification (Dkt. # 93), to allow the Parties sufficient time to complete discovery of Plaintiffs' expert. The Parties currently have a disagreement over the production of certain of Plaintiffs' expert's prior reports and are conferring with the aim of

resolving that dispute without the Court's intervention. In addition, Plaintiffs' expert's first availability for an in-person deposition on a date that mutually works for Costco's counsel is in early September. To give the Parties time to complete their conferral, the production of relevant prior reports at least two weeks before the deposition date, and to complete the deposition of Plaintiffs' expert, the Parties propose the following adjustments to the briefing schedule:

| DEADLINE | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Costco's Opposition to Motion for Class Certification, Defendant's Expert Reports, re: Class Certification, any *Daubert* motions re: expert opinions offered in support of class certification, and Costco's Reply in Support of Motion for Sanctions | August 27, 2026 | September 25, 2026 |
| Plaintiffs' Reply in Support of Motion for Class Certification, any Plaintiffs' Rebuttal Expert Reports, re: Class Certification, and any *Daubert* motions re: expert opinions offered in opposition to class certification | October 1, 2026 | October 30, 2026 |
| Hearing on Motion to Certify Class | To be set by the Court after briefing is completed | To be set by the Court after briefing is completed |

In addition, the parties agree that each party will have twenty-one (21) days to file any Response in opposition to any Daubert motion and fourteen (14) days thereafter to file any Reply.

Good cause exists to extend these deadlines and allow the Parties sufficient time to complete discovery related to Plaintiffs' expert, which is necessary for Costco to address all

issues in its opposition to Plaintiffs' class certification motion. Because no other deadlines are set in this matter, an extension will not disrupt any existing case schedules or trial settings.

STIPULATED to this 13th day of August, 2026.


**TOUSLEY BRAIN STEPHENS PLLC**

By: *s/Ryan J. Ellersick*
Kim D. Stephens, P.S., WSBA #11984
Rebecca L. Solomon, WSBA #51520
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
kstephens@tousley.com
rsolomon@tousley.com

Hart L. Robinovitch*
Ryan J. Ellersick, WSBA #43346
ZIMMERMAN REED LLP
14648 North Scottsdale Road, Suite 130
Scottsdale, Arizona 85254
Telephone: (480) 348-6400
hart.robinovitch@zimmreed.com
ryan.ellersick@zimmreed.com

*Interim Co-Lead Counsel*

Gary M. Klinger*
Heather Lopez
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (866) 252-0878
gklinger@milberg.com

Alexandra M. Honeycutt*
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
Telephone: (866) 252-0878
gabramson@milberg.com

**HOLLAND & KNIGHT LLP**

By: *s/Kristin M. Asai*
Kristin M. Asai, WSBA #49511
601 SW Second Avenue, Suite 1800
Portland, Oregon 97204
Telephone: (503) 243-2300
kristin.asai@hklaw.com

Ashley L. Shively*
Rebecca G. Durham*
560 Mission Street, Suite 1900
San Francisco, California 94105
Telephone: (415) 743-6900
ashley.shively@hklaw.com
rebecca.durham@hklaw.com

Caitlin F. Saladrigas*
777 South Flagler Drive, Suite 1900
West Palm Beach, Florida 33401
Telephone: (561) 650-8349
caitlin.saladrigas@hklaw.com

Steven A. Block*
150 North Riverside Plaza, Suite 2700
Chicago, IL 60606
Telephone: (312) 578-6698
steven.block@hklaw.com

*Counsel for Defendant Costco Wholesale Corporation*

**Admitted pro hac vice*

ahoneycutt@milberg.com

Stephen R. Basser*
Samuel M. Ward*
BARRACK RODOS & BACINE
600 West Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 230-0800
sbasser@barrack.com
sward@barrack.com

Mark S. Reich*
Courtney Maccarone*
LEVI & KORSINSKY, LLP

33 Whitehall Street, 17th Floor
New York, New York 10004
Telephone: (212) 363-7500
Fax: (212) 363-7171
mreich@zlk.com
cmaccarone@zlk.com

*Plaintiffs' Steering Committee*
*Attorneys for Plaintiffs and the Putative Class*

**Admitted pro hac vice*

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, THE COURT ORDERS that the above deadlines are adopted.

DATED this 14th day of August, 2026.

John H. Chun
John H. Chun
United States District Judge