UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESUS CASTILLO, MARK KNOWLES, ALEX RODRIGUEZ, NICHOLAS JAMES THROLSON, R.S., KIMBERLY SCOTT, ROBIN WARBEY, DANIEL SMITH, MATT GROVES, VERN DEOCHOA, TYRONE WASHINGTON, individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>Defendant. | NO. 2:23-cv-01548-JHC<br><br>**STIPULATED MOTION AND ORDER EXTENDING DEADLINES RELATING TO BRIEFING CLASS CERTIFICATION, COSTCO'S MOTION TO DISMISS, AND MOTIONS TO EXCLUDE EXPERT TESTIMONY**<br><br>NOTING DATE:<br>OCTOBER 6, 2026 |

Plaintiffs Mark Knowles, Alex Rodriguez, Nicholas James Throlson, Robin Warbey, Daniel Smith, Matt Groves, Vern Deochoa and Tyrone Washington ("Plaintiffs") and Defendant Costco Wholesale Corporation ("Costco," and together with Plaintiffs, the "Parties") hereby request the Court extend the briefing deadlines relating to Class Certification, Costco's Motion to Dismiss, and Motions to Exclude Expert Testimony. The Parties propose the following deadlines for the briefing:

| DEADLINE | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Plaintiffs' Reply in Support of Motion for Class Certification, any Plaintiffs' Rebuttal Expert Reports, re: Class Certification, and any *Daubert* motions re: expert opinions offered in opposition to class certification | Oct. 30, 2026 | Nov. 6, 2026 |
| Plaintiffs' Opposition to Costco's Motion to Dismiss (Dkt. 118) | Oct. 16, 2026 | Nov. 6, 2026 |
| Plaintiffs' Opposition to Costco's Motion to Exclude Expert Testimony (Dkt. 120) | Oct. 16, 2026 | Nov. 6, 2026 |
| Costco's Reply in Support of Motion to Dismiss | Oct. 23, 2026 | Nov. 20, 2026 |
| Costco's Reply in Support of Motion to Exclude Expert Testimony | Oct. 30, 2026 | Nov. 20, 2026 |
| Costco's Opposition to Plaintiffs' *Daubert* motion | Nov. 27, 2026 | Dec. 2, 2026 |

Good cause exists to extend these deadlines to allow the Parties sufficient time to complete the briefing on the various pending motions and align the opposition and reply deadlines given the overlapping issues addressed in the motions. Because no other deadlines are set in this matter, an extension will not disrupt any existing case schedules or trial settings.

//

//

//

STIPULATED to this 6th day of October, 2026.

**TOUSLEY BRAIN STEPHENS PLLC**

By: *s/ Rebecca L. Solomon*
Kim D. Stephens, P.S., WSBA #11984
Rebecca L. Solomon, WSBA #51520
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
kstephens@tousley.com
rsolomon@tousley.com

Hart L. Robinovitch*
Ryan J. Ellersick, WSBA #43346
ZIMMERMAN REED LLP
14648 North Scottsdale Road, Suite 130
Scottsdale, Arizona 85254
Telephone: (480) 348-6400
hart.robinovitch@zimmreed.com
ryan.ellersick@zimmreed.com

*Interim Co-Lead Counsel*

Gary M. Klinger*
Heather Lopez
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (866) 252-0878
gklinger@milberg.com

**HOLLAND & KNIGHT LLP**

By: *s/ Kristin M. Asai*
Kristin M. Asai, WSBA #49511
601 SW Second Avenue, Suite 1800
Portland, Oregon 97204
Telephone: (503) 243-2300
kristin.asai@hklaw.com

Ashley L. Shively*
Rebecca G. Durham*
560 Mission Street, Suite 1900
San Francisco, California 94105
Telephone: (415) 743-6900
ashley.shively@hklaw.com
rebecca.durham@hklaw.com

*Counsel for Defendant Costco Wholesale Corporation*

**Admitted pro hac vice*

Alexandra M. Honeycutt*
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
Telephone: (866) 252-0878
gabramson@milberg.com
ahoneycutt@milberg.com

Stephen R. Basser*
Samuel M. Ward*
BARRACK RODOS & BACINE
600 West Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 230-0800
sbasser@barrack.com
sward@barrack.com

Mark S. Reich*
Courtney Maccarone*
LEVI & KORSINSKY, LLP
33 Whitehall Street, 17th Floor
New York, New York 10004
Telephone: (212) 363-7500
Fax: (212) 363-7171
mreich@zlk.com
cmaccarone@zlk.com

*Plaintiff's Steering Committee*

*Attorneys for Plaintiffs and the Putative Class*

**Admitted pro hac vice*

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, THE COURT ORDERS that the above deadlines are adopted.

DATED this 6th day of October, 2026.

John H. Chun
United States District Judge